IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSAL TURBINE PARTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY CANADA CORP., et al.,<br><br>Defendants. | Case No. 2:24-cv-02021-MRP |

## STIPULATION OF DISMISSAL

A settlement agreement having been reached, Plaintiff Universal Turbine Parts, LLC respectfully requests that the Court dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule 41.1(b), and with all parties to bear their own costs.

Dated: December 29, 2025

/s/*Bryan Gant*
Bryan Gant
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200

*Counsel for Plaintiff Universal Turbine Parts, LLC*

1